IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Carroll Devon McNeil,                ) | Civil Action No.: 4:13-2068-MGL |
| ) | |
| Plaintiff,    ) | |
| ) | |
| vs.                                   ) | |
| ) | **ORDER AND OPINION** |
| Florence County Solicitor Office; and Inv. Jamie  ) | |
| Cooper,                               ) | |
| ) | |
| Defendants.    ) | |
| _____ ) | |

This matter is before the Court on Plaintiff Carroll Devon McNeil's ("Plaintiff") *pro se* complaint file pursuant to 42 U.S.C. § 1983. At the time Plaintiff filed the complaint he was a pre-trial detainee at the Florence County Detention Center in Effingham, South Carolina.

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02 (B)(2)(e), DSC, this matter was referred to United States Magistrate Judge Thomas E. Rogers, III for pre-trial proceedings and a Report and Recommendation ("Report"). On December 18, 2013, the Magistrate Judge issued a Report and Recommendation recommending that this case be dismissed without prejudice for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii). The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. Plaintiff has filed no objections and the time for doing so has expired.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261, 96 S.Ct. 549, 46 L.Ed.2d 483 (1976). The court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which

a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. See 28 U.S.C. § 636(b). The court reviews the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir.2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After reviewing the record of this matter, the applicable law, and the Report and Recommendation of the Magistrate Judge, the Court agrees with the conclusions of the Magistrate Judge. Accordingly, the Court adopts and incorporates the Report and Recommendation by reference in this Order.

This action is dismissed without prejudice.

**IT IS SO ORDERED**.

/s/Mary G. Lewis
United States District Judge

Spartanburg, South Carolina
January 13, 2014